UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tracy Michelle Moody**                           **Docket No. 4:20-CR-51-1D**

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tracy Michelle Moody, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 5 Kilograms or More of Cocaine; 280 Grams or More of Cocaine Base: a Detectable Amount of Heroin; and a Detectable Amount of Marijuana, was sentenced by the Honorable Robert E. Payne, Senior United States District Judge for the Eastern District of Virginia, on March 28, 2018, to the custody of the Bureau of Prisons for a term of 57 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Tracy Michelle Moody was released from custody on May 16, 2020, at which time the term of supervised release commenced in the Eastern District of North Carolina.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

As a condition of supervision, Moody was ordered to participate in a General Educational Program (G.E.D.) approved by the United States Probation Office until she has earned her certificate of completion. Because the defendant has expressed difficulty with comprehension of the material, which has increased due to the fact that all learning is now online, and she has difficulty understanding the material even with assistance from family members and friends, it is recommended that this condition be removed from the conditions of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The condition requiring the defendant to participate in a General Educational Program (G.E.D.) approved by the United States Probation Office until she has earned her certificate of completion is removed.

Except as herein modified, the judgment shall remain in full force and effect.

                                         I declare under penalty of perjury that the foregoing is true and correct.

                                         /s/ Timothy L. Gupton
                                         Timothy L. Gupton
                                         Senior U.S. Probation Officer
                                         310 New Bern Avenue, Room 610
                                         Raleigh, NC 27601-1441
                                         Phone: 919-861-8686
                                         Executed On: May 9, 2022

Tracy Michelle Moody
Docket No. 4:20-CR-51-1D
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 10 day of May, 2022, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge